FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _Sh___ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>AARON SCOTT VIGIL,<br><br>               Defendant. | Case No.: SACR11-121 AG<br><br>ORDER OF REVOCATION AND DETENTION AFTER HEARING<br>[18 U.S.C. 3148(B)] |

The defendant having been arrested in this District pursuant to a warrant previously issued by Judge Andrew J. Guilford , and the Court having conducted a hearing on the alleged violation(s), the Court finds as follows:

(1)(X) A.     there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (X) B.     there is clear and convincing evidence that the defendant violated a condition of release by being arrested on state charges for threatening to shoot and kill two police officers that work with the defendant (who is also a police officer and former SWAT team sniper with substantial training and experience in handling weapons);

and

(2)( ) A.   that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assume that the defendant will not flee or pose a danger to the safety or any other person or the community; or

(X) B.   that the defendant is unlikely to abide by any condition or combination of conditions of release.

(X) and/or in the event of (1)(A):

(3)(X)   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

(4)(X)   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. *See* separate order setting conditions.

( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the District Judge assigned to this case or assigned to handle this matter by virtue of being on criminal duty.

(X)   IT ORDERED that the defendant's prior pretrial release is revoked and the defendant is detained prior to trial.

Dated: May 15, 2012

                                              /s/   Arthur Nakazato
                                            ARTHUR NAKAZATO
                                      UNITED STATES MAGISTRATE JUDGE