

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | SA CR 11-0121- AG |
|---|---|
| vs. | [~~PROPOSED~~] ORDER RE: MOTION FOR MODIFICATION OF PRETRIAL RELEASE TERMS AND CONDITIONS; 18 U.S.C. § 3142 |
| AARON SCOTT VIGIL and LAWRWENCE ANTHONY WITSOE, Defendants. | |

This matter comes before the Court on the defendant's motion to modify his conditions of release. For good cause shown, it is hereby ORDERED that:

1. Defendant Aaron Vigil's conditions of release are hereby modified so that the defendant is permitted to reside in Bloomfield, New Mexico.

2. Defendant's pretrial supervision is transferred to the local pretrial services agency.

3. Defendant's electronic monitoring ~~is~~ WILL NOT BE removed ~~(if supervision is not transferred)~~.

CC: PTS

~~Defendant's parents are to serve as third-party custodians (if supervision is not transferred).~~

Defendant is to comply with any and all reporting requirements established by the local agency (if supervision is transferred).

Dated: OCT 15, 2012

_____
United States District Judge
ANDREW J. GUILFORD