**THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR 11-0121 AG |
| vs. | [PROPOSED] ORDER RE: MOTION TO SEAL DEFENDANT'S MTD INDICTMENT |
| AARON SCOTT VIGIL and LAWRWENCE ANTHONY WITSOE, | |
| Defendants. | |

This matter comes before the Court on the defendant's motion to dismiss his indictment in the above-captioned matter. For good cause shown, it is hereby ORDERED that:

1. Defendant Aaron Vigil's Motion to Seal his Motion to Dismiss the Indictment is hereby GRANTED.

2. All papers filed with Defendant's Motion to Dismiss the Indictment is hereby filed ~~and held under seal~~. in camera

Dated: 4/22/13

United States District Judge

ANDREW J. GUILFORD

MOTION TO FILE DEFENDANT' SMOTION TO DISMISS INDICTMENT AND ATTACHED EXHIBITS UNDER SEAL; MEMORANDUM IN SUPPORT THEREOF; PROPOSED ORDER